UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CITIZENS INSURANCE COMPANY<br>OF AMERICA, as subrogee of<br>Belmin and Ajlina Pinjic<br><br>Plaintiff,<br><br>vs<br><br>CHAR-BROIL, a<br>foreign corporation,<br><br>Defendant. | Case No. 2:07-cv-12721-DPH-RSW<br>Hon. Denise Page Hood |

**STIPULATION TO DISMISS WITH PREJUDICE**

IT IS HEREBY stipulated and agreed by and between all parties to this matter through their respective attorneys, ORDERED that the above referenced cause of action is hereby dismissed with prejudice and without costs to any party and that this case be considered closed.

Respectfully submitted,

| | |
|---|---|
| /s/Stephen D. Duggan<br>Black, Duggan & Moss, P. C.<br>Counsel for Plaintiff<br>2301 West Big Beaver Road, Suite 720<br>Troy, Michigan 48084<br>248-458-0600– telephone<br>248-458-0602– facsimile<br>steved@bdlaw.us<br>P32930 | /s/Toby A. White<br>Dickinson Wright PLLC<br>Counsel for Defendant<br>500 Woodward Avenue<br>Ste 400<br>Detroit, Michigan 48226<br>(313) 223-3098- telephone<br>(313) 223-3598-- facsimile<br>twhite@dickinsonwright.com<br>P67530 |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CITIZENS INSURANCE COMPANY
OF AMERICA, as subrogee of
Belmin and Ajlina Pinjic )
)Case No. 2:07-cv-12721-DPH-RSW
)Hon. Denise Page Hood
         Plaintiff, )
)
  vs )
)
CHAR-BROIL, a )
foreign corporation, )
)
         Defendant. )

**ORDER OF DISMISSAL WITH PREJUDICE**

At a session in the United States District Court,
Eastern District of Michigan, Southern Division

On: December 18, 2008

Present: DENISE PAGE HOOD
United States District Court Judge

THIS MATTER having come before the Court upon the Stipulation of the parties hereto, the Court having reviewed same and the Court being otherwise advised in the premises;

IT IS HEREBY ORDERED that the above referenced cause of action is hereby dismissed with prejudice and without costs to any party and that this case be considered closed.

s/ DENISE PAGE HOOD
U.S. DISTRICT COURT JUDGE